FILED 30 AUG '23 16:12 USDC-ORP

3:23-MC-751

| United States District Court for the District of Oregon<br>Chief Judge Marco Antonio HERNANDEZ<br>Room 1507<br>1000 Southwest Third Avenue<br>Portland, Oregon (503) 326-8210 | |
|---|---|
| In Re; The Redemption of Robert Andrew ALTHAUSER | Miscellaneous Case # 3:23-MC-751 |
| **REFUSAL FOR CAUSE** | |

**COMES NOW**, Robert Andrew of the family ALTHAUSER and Redeemed. Demand is made for redemption of central banking currency in Lawful Money in all transactions pursuant to Title 12 USC §411 as codified from §16 of the 1913 Federal Reserve Act. Service to the agent is service to the principal and vice versa.

Dear Clerk of Court;

Please file this original Refusal for Cause on Letters CP13 (2022) Notice Date July 3, 2023, from agency of Janet Louise YELLEN as US Governor of the International Monetary Fund. Oregon state revenue Letter ID# L0248013984 (Account ID# 015103713-28), Dated June 23, 2023 and Oregon state revenue Letter ID# L013907420 (Account ID# 015103713-28), Dated August 15, 2023 from agency Oregon Department of Revenue. I have included a $49 USPS Money Order. The original letter marked "Refusal for Cause" in red is being mailed to the Treasury of the United States, "US Treasury Document", pursuant to Title 12 USC §411 replacing the same redacted pages published on PACER as described herein. A copy of the *US Treasury Document* will be mailed to the IRS campus address found on the CP13 Letter, refused for cause. The reported taxable income on the original 1040 Forms is accurate and true. My

#103862
#103892

signature verifies that I have considered the citations and legal advisements found in the Letters and available online from the Oregon Department of Revenue and IRS carefully and I cannot find any correlation or link to redeeming lawful money and redeeming my mind from the rigors of central banking, and the delusion that debt has value or substance. I have studied and can presume that the IRS and Oregon state intend to divert my withholdings claimed on my 1040 Form(s). The Oregon letter states 30 days deadline and that is past the default deadline imposed in the Letter. However this has no effect on the redemption of Robert Andrew and the Oregon Department of Revenue owes that refund paid in full, with penalties and interest for any delays in paying it. Oregon state and the IRS have both miscalculated Robert Andrew's 2022 refund so defaulting as if agreeing to the miscalculation is meaningless in law.

To the best of my ability I am providing Janet Louise YELLEN, US Governor of the International Monetary Fund any evidence that I am fully redeemed according to law. Please find attached my bank's signature card demand, and paycheck evidence of my demand for January, July and December of 2022. Also attached find the oath of office for chief judge HERNANDEZ, Refused for Cause because it is deviant in form from that prescribed by Congress. This Refusal for Cause is service of notice - Certificate of Exigent Circumstances for proving that judicial review is impracticable according to the admiralty rules for garnishment and levy. The IRS and Oregon Department of Revenue owe Robert Andrew a full refund of withholdings for tax year 2022.

*Robert Andrew*
Robert Andrew
25686 SE Rebman Rd
Boring, Oregon 97009-8116

## Certificate of Mailing

Upon publication:

| | |
|---|---|
| Janet Louise YELLEN<br>US Governor of the IMF<br>1500 Pennsylvania Avenue NW<br>Washington DC 20220 | Registered Mail # RF 581 838 201 US<br>Return Receipt #9590 9402 7846 2234 3896 55 |
| Internal Revenue Service<br>Department of the Treasury<br>Fresno, California 93888-0025 | Registered Mail #RF 581 838 215 US<br>Return Receipt #9590 9402 7846 2234 3896 48 |
| State of Oregon Department of Revenue<br>Columbia Square<br>111 SW Columbia St; #600<br>Portland, Oregon 97201 | Registered Mail #RF 581 838 232 US<br>Return Receipt #9590 9402 7846 2234 3896 31 |
| State of Oregon Department of Revenue<br>Appeals, Discovery and Processing Unit<br>PO Box 14999<br>Salem, Oregon 97309-0990 | Registered Mail #RF 581 838 246 US<br>Return Receipt #9590 9402 7846 2234 3896 24 |
| Federal Reserve Bank of San Francisco<br>101 Market Street<br>San Francisco, California 94105 | Registered Mail #RF 581 838 250 US<br>Return Receipt #9590 9402 7846 2234 3896 00 |

# Supreme Court of the United States

No. ----- October Term, 1985

I, WILLIAM H. REHNQUIST, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Chief Justice of the United States according to the best of my abilities and understanding, agreeably to the Constitution and laws of the United States.

So help me God.

*William H. Rehnquist* (signature)

Subscribed and sworn to before me this
this twenty-sixth day of September, 1986.

*Warren E. Burger* (signature)

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

(TMB)

I, Timothy M. Burgess, .................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge ...... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.

Redacted Signature
Timothy M. Burgess

Subscribed and sworn to (or affirmed) before me this ..23rd.. day of January ......, 2006.

Redacted Signature

**FIA EXEMPTION** b6

John H. Sedwick
United States District Judge

Actual abode ▓▓▓▓▓▓▓▓
Official station* Anchorage
Date of birth Redacted
Date of entry on duty 1/23/06

*Title 28, sec. 456 United States Code, as amended.

## OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, _____Marco A. Hernandez_____, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as <u>United States District Judge for the District of Oregon</u> under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

_____
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this ___9th___ day of ___February 2011___.

_____

Actual abode: ███████████████
Official station*  Portland, Oregon
Date of birth  ███████████████
Date of Entry on Duty  2-9-2011

---

* Title 28, sec. 456 United States Code as amended.



Department of the Treasury
Internal Revenue Service
Fresno, CA 93888-0025



| For your reference | |
|---|---|
| Notice name CP13 | Tax year 2022 |
| Notice date July 3, 2023 | |
| Your caller ID 923856 | |
| Your TIN XXX-XX-8142 | |
| Last date to respond September 1, 2023 | |
| For more information visit irs.gov/CP13 to learn more about this notice and avoid waiting on the phone. | |

29H
582D

J6380-0209880 P010 T00501 00209880   1 AB  0.507
ROBERT A ALTHAUSER
25684 SE REBMAN RD
BORING, OR 97009-8116


0209880

Page 1 of 2

We found an error on your 2022 Form 1040, which affects the following area of your return: Tax Payments. We changed your return to correct this error. As result, you don't owe us, and we don't owe you a refund.

**Amount due: $0.00**

## Billing summary

Amount due:                                                                 $ 0.00

## Why we changed your information

We didn't allow the amount claimed as federal income tax withheld on your tax return because Form(s) W-2 or other supporting documents were not attached to your return.

Review the changes made to your account under "Tax calculations, payments and credits" section. If you disagree, contact us by September 1, 2023 to resolve the errors. You can contact us at 800-829-0922. Be sure to have your account information available when you call. See the "How to resolve this issue" section for more information.

## How to resolve this issue

### If you agree with the changes we made:
You don't need to respond to this notice.

### If you don't agree with the changes we made:
Call 800-829-0922 using "Your caller ID" provided on the top of page one to review your account with a representative. Be sure to have your account information available when you call. You can also contact us by mail at the address at the top of the first page of this notice. Be sure to include your taxpayer identification number, tax year, and form number you are writing about.

How to resolve this issue – **continued**

If you do not contact us by September 1, 2023, we'll proceed as if you agree with the information in this notice.

## Your tax calculations

| Description | Your calculations | IRS calculations |
|---|---:|---:|
| Adjusted gross income, Form 1040 line 11 | $0.00 | $0.00 |
| Taxable income, Form 1040 line 15 | $0.00 | $0.00 |
| Total tax, Form 1040 line 24 | $0.00 | $0.00 |

Continued on back...

[Handwritten across document: "Refusal For Cause"]

| Notice: CP13 | Tax year: 2022 | Notice date: July 3, 2023 | TIN: XXX-XX-8142 | Page 2 of 2 |

## Your payments and credits

| Description | IRS calculations |
|---|---|
| Income tax withheld, Form 1040 line 25d | $0.00 |
| Estimated tax payments, Form 1040 line 26, SCH 3 line 10 | $0.00 |
| Other credits, Form 1040 lines 27-30, SCH 3 lines 9, 11, 12, 14 | $0.00 |
| Other payments received | $0.00 |
| Total payments and credits | $0.00 |

## IRS help

For online assistance, visit irs.gov/help.
If you can't find what you need online, call the IRS at 800-829-0922.
**Estimated Tax Filers Note**: If you pay estimated taxes, check your computation of estimated tax to see if you should adjust your estimated tax payments.

## Taxpayer rights and sources of assistance

The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see the enclosed Publication 1, Your Rights as a Taxpayer, or visit irs.gov/taxpayer-bill-of-rights.

## Taxpayer Advocate Service

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. To learn more, visit taxpayeradvocate.irs.gov or call 877-777-4778.

Scan here to view the Taxpayer Advocate Website

Tax professionals who are independent from the IRS may be able to help you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons before the IRS or in court. LITCs can also help persons who speak English as a second language. Any services provided by an LITC must be for free or a small fee. To find an LITC near you:

- Go to taxpayeradvocate.irs.gov/litcmap;
- Download IRS Publication 4134, Low Income Taxpayer Clinic List, available at irs.gov/forms; or
- Call the IRS toll-free at 800-829-3676 and ask for a copy of Publication 4134.

State bar associations, state or local societies of accountants or enrolled agents, or other nonprofit tax professional organizations may also be able to provide referrals.

[Handwritten overlay across page: "Refusal For cause"]



**Copy C For EMPLOYEE'S RECORDS**
**(See Notice to Employee on back of Copy B.)**

OMB No.1545-0008 2022

| | | |
|---|---|---|
| a Employee Social Security No XXX-XX-8142 | 1 Wages, tips, other compensation 85425.37 | 2 Federal income tax withheld 8861.66 |
| b Employer ID No. (EIN) 93-0504596 | 3 Social Security wages 91946.17 | 4 Social Security tax withheld 5700.66 |
| d Control number | 5 Medicare wages and tips 91946.17 | 6 Medicare tax withheld 1333.22 |

c Employer's name, address, and ZIP code

KNIFE RIVER CORPORATION - NORTHWEST
32260 OLD HIGHWAY 34
TANGENT OR 97389

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 Verification code |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See instructions for box 12: C 15.44 |
| 14 Other | | 12b Code D 6520.80 |
| ORSTT WH 85.47 | | 12c Code DD 5733.00 |
| | | 12d Code W 1020.00 |
| | | 13 Statutory employee / Retirement plan X / Third-party sick pay |

e Employee's name, address, and ZIP code

ROBERT A ALTHAUSER
25686 SE REBMAN RD
BORING OR 97009

| | | |
|---|---|---|
| 15 State Employer's State ID # OR 01192097 | 16 State wages, tips, etc 85425.37 | 17 State income tax 6434.68 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement** Dept. of the Treasury ? IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence

Local Income Tax Return 2022

| | | |
|---|---|---|
| a Employee Social Security No XXX-XX-8142 | 1 Wages, tips, other compensation 85425.37 | 2 Federal income tax withheld 8861.66 |
| b Employer ID No. (EIN) 93-0504596 | 3 Social Security wages 91946.17 | 4 Social Security tax withheld 5700.66 |
| d Control number | 5 Medicare wages and tips 91946.17 | 6 Medicare tax withheld 1333.22 |

c Employer's name, address, and ZIP code

KNIFE RIVER CORPORATION - NORTHWEST
32260 OLD HIGHWAY 34
TANGENT OR 97389

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 Verification code |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See instructions for box 12: C 15.44 |
| 14 Other | | 12b Code D 6520.80 |
| ORSTT WH 85.47 | | 12c Code DD 5733.00 |
| | | 12d Code W 1020.00 |
| | | 13 Statutory employee / Retirement plan X / Third-party sick pay |

e Employee's name, address, and ZIP code

ROBERT A ALTHAUSER
25686 SE REBMAN RD
BORING OR 97009

| | | |
|---|---|---|
| 15 State Employer's State ID # OR 01192097 | 16 State wages, tips, etc 85425.37 | 17 State income tax 6434.68 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement** Dept. of the Treasury ? IRS
This information is being furnished to the Internal Revenue Service.

**Form W-2 Wage and Tax Statement** Dept. of the Treasury ? IRS
This information is being furnished to the Internal Revenue Service

| | | |
|---|---|---|
| 15 State Employer's State ID # OR 01192097 | 16 State wages, tips, etc 85425.37 | 17 State income tax 6434.68 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

ROBERT A ALTHAUSER
25686 SE REBMAN RD
BORING OR 97009

e Employee's name, address, and ZIP code

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 Verification code |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See instructions for box 12: C 15.44 |
| 14 Other | | 12b Code D 6520.80 |
| ORSTT WH 85.47 | | 12c Code DD 5733.00 |
| | | 12d Code W 1020.00 |
| | | 13 Statutory employee / Retirement plan X / Third-party sick pay |

KNIFE RIVER CORPORATION - NORTHWEST
32260 OLD HIGHWAY 34
TANGENT OR 97389

c Employer's name, address, and ZIP code

| | | |
|---|---|---|
| a Employee Social Security No XXX-XX-8142 | 1 Wages, tips, other compensation 85425.37 | 2 Federal income tax withheld 8861.66 |
| b Employer ID No. (EIN) 93-0504596 | 3 Social Security wages 91946.17 | 4 Social Security tax withheld 5700.66 |
| d Control number | 5 Medicare wages and tips 91946.17 | 6 Medicare tax withheld 1333.22 |

**Copy C For EMPLOYEE'S RECORDS**
**(See Notice to Employee on back of Copy B.)**

OMB No.1545-0008 2022

| | | |
|---|---|---|
| a Employee Social Security No XXX-XX-8142 | 1 Wages, tips, other compensation 85425.37 | 2 Federal income tax withheld 8861.66 |
| b Employer ID No. (EIN) 93-0504596 | 3 Social Security wages 91946.17 | 4 Social Security tax withheld 5700.66 |
| d Control number | 5 Medicare wages and tips 91946.17 | 6 Medicare tax withheld 1333.22 |

c Employer's name, address, and ZIP code

KNIFE RIVER CORPORATION - NORTHWEST
32260 OLD HIGHWAY 34
TANGENT OR 97389

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 Verification code |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See instructions for box 12: C 15.44 |
| 14 Other | | 12b Code D 6520.80 |
| ORSTT WH 85.47 | | 12c Code DD 5733.00 |
| | | 12d Code W 1020.00 |
| | | 13 Statutory employee / Retirement plan X / Third-party sick pay |

e Employee's name, address, and ZIP code

ROBERT A ALTHAUSER
25686 SE REBMAN RD
BORING OR 97009

| | | |
|---|---|---|
| 15 State Employer's State ID # OR 01192097 | 16 State wages, tips, etc 85425.37 | 17 State income tax 6434.68 |
| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

**Form W-2 Wage and Tax Statement** Dept. of the Treasury ? IRS
This information is being furnished to the IRS. If you are required to file a tax return, a negligence

**Oregon**
Tina Kotek, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

ROBERT H ALTHAUSER
25684 SE REBMAN RD
BORING OR 97009-8116

Date: June 23, 2023
Letter ID: L0248013984
Account ID: 015103713-28
Period ending: December 31, 2022

Thank you for filing your Oregon income tax return. Before we can finish processing your return, we need the information shown below. This doesn't mean we're auditing the item(s) in question.

Please send us this information within 30 days of the date on this notice. If you don't, we may adjust your Oregon return using available information.

Please send us a copy of your federal schedule C (profit or loss from a business).

You may submit your information electronically using Revenue Online at www.oregon.gov/dor. You will need the letter ID on this letter to submit your information.

If you don't have computer access, you can mail copies of these documents, along with a copy of this letter, to:

Oregon Department of Revenue
Attn: Appeals, Discovery, and Processing Unit
PO Box 14999
Salem OR 97309-0990

We can't verify receipt of mailed documents. If you need confirmation that we received your information, please submit your documents through Revenue Online.

[Handwritten across letter: "Refusal For Cause"]

**Do you have questions or need help?**
www.oregon.gov/dor
503-378-4988 or 800-356-4222
questions.dor@oregon.gov
Contact us for ADA accommodations or assistance in other languages.



**Oregon**
Tina Kotek, Governor

**Department of Revenue**
955 Center St NE
Salem, OR 97301-2555
www.oregon.gov/dor

ROBERT H ALTHAUSER
25684 SE REBMAN RD
BORING OR  97009-8116

Date:           August 15, 2023
Letter ID:      L0139074720
Account ID:     015103713-28
Period ending:  December 31, 2022

## Notice of Proposed Refund Adjustment

We changed your Personal Income Tax return. After adjustment, your refund is:

| | |
|---|---:|
| Proposed refund | $288.00 |
| Interest on refund | $3.55 |
| Offset to debts owed | $0.00 |
| Refund check or deposit amount | $291.55 |

All adjustments have been made in good faith and are not for the purpose of extending the time during which we may assess additional tax.

**Explanation of adjustments**

*[Stamped across page: "Refused For Cause"]*

Each explanation includes a reference to the laws that apply, such as the Internal Revenue Code (IRC), Oregon Revised Statutes (ORS), or Oregon Administrative Rules (OAR).

| Line | Description | Original | Adjusted |
|---|---|---|---|
| | Correspondence | | |
| | We computed your tax with information available because we didn't receive the requested information. (ORS 314.425) | | |
| 6a | Self exemptions | 0 | 1 |
| | We increased your personal exemption total. Because you checked the box that says "regular," you can claim one exemption for yourself, unless you can be claimed as a dependent by another taxpayer. (IRC 151 and ORS 316.085) | | |
| 6e | Total exemptions | 0 | 1 |
| | We adjusted the number of total exemptions because one or more of your individual exemptions were adjusted. | | |

| | | | |
|---|---|---|---|
| 10. | 2022 federal tax liability. See instructions. | $8,867.00 | $7,250.00 |

Your 2022 federal income tax subtraction, including prior years' federal taxes (subtraction code 309) and foreign taxes (subtraction code 311), is limited to $7,250, or $3,625 if you're filing as married filing separately, or your actual tax after credits, whichever is less.

If your AGI is at least $145,000 and you're filing as single or married filing separately, or $290,000 if you're filing as married filing jointly or head of household, your federal tax subtraction is zero. (ORS 316.680, 316.685, and 316.695)

| | | | |
|---|---|---|---|
| 14. | Total subtractions. Add lines 10 through 13 | $0.00 | $7,250.00 |

We made an adjustment on your Oregon personal income tax return. Either a math error on this line or the preceding adjustments have impacted the amount. (ORS 305.265)

| | | | |
|---|---|---|---|
| 15. | Income after subtractions. Line 9 minus line 14. | $8,867.00 | $78,175.00 |

We made an adjustment on your Oregon personal income tax return. Either a math error on this line or the preceding adjustments have impacted the amount. (ORS 305.265)

| | | | |
|---|---|---|---|
| 17. | Standard deduction. Enter your standard deduction. | $0.00 | $2,420.00 |

We adjusted your standard deduction to the limit for your filing status. The limit, based on your filing status, is: single - $2,420; married filing jointly - $4,840; married filing separately - $2,420; head of household - $3,895; qualifying surviving spouse - $4,840. If you or your spouse are 65 or older, or blind, you can take an additional standard deduction amount. Additional standard deduction amounts are based on your filing status: single - $1,200; married filing jointly - $1,000; married filing separately - $1,000; head of household - $1,200; qualifying surviving spouse - $1,000. (ORS 316.695)

| | | | |
|---|---|---|---|
| 18. | Enter the larger of line 16 or 17. | $0.00 | $2,420.00 |

We adjusted your total deduction to the larger of your Oregon net itemized deductions (line 16) or the Oregon standard deduction (line 17). You can't claim both amounts. (ORS 316.695)

| | | | |
|---|---|---|---|
| 19. | Oregon taxable income. Line 15 minus line 18. If line 18 is more than line 15, enter -0-. | $85,425.00 | $75,755.00 |

We made an adjustment on your Oregon personal income tax return. Either a math error on this line or the preceding adjustments have impacted the amount. (ORS 305.265)

| | | | |
|---|---|---|---|
| 20. | Tax. Check the appropriate box if you're using an alternative method to calculate your tax. | $0.00 | $6,365.00 |

We changed your tax because your Oregon taxable income changed. Your tax is based on your Oregon taxable income and filing status. Visit our website at www.oregon.gov/dor for current tax tables and charts. (ORS 316.037, 316.042, and 316.048)

| | | | |
|---|---|---|---|
| 22. | Total tax before credits. Add lines 20 and 21. | $0.00 | $6,365.00 |

We made an adjustment on your Oregon personal income tax return. Either a math error on this line or the preceding adjustments have impacted the amount. (ORS 305.265)

| | | | |
|---|---|---|---|
| 23. | Exemption credit. | $0.00 | $219.00 |

[Stamped across page: "Refused For Cause"]

August 15, 2023                   Page 3                  Letter ID:    L0139074720

> We recalculated your exemption credit because your exemption total (line 6e) changed. You can deduct $219 per exemption from your Oregon tax due. (ORS 316.085, 316.752 and 316.099)

26. Total standard credits. Add lines 23 through 25.                    $0.00        $219.00

> Your total standard credits must equal all the standard credits claimed or adjusted on your return.

27. Tax minus standard credits. Line 22 minus line 26. If line 26 is more than line 22, enter -0-.        $0.00        $6,146.00

> Your tax after total standard credits must equal your total tax minus total standard credits.

29. Tax after standard and carryforward credits. Line 27 minus line 28.        $0.00        $6,146.00

> Your tax after standard and carryforward credits must equal your tax after standard credits minus total carryforward credits, but can't be less than zero.

31. Tax including tax recaptures. Line 29 plus line 30.                    $0.00        $6,146.00

> We made an adjustment on your Oregon personal income tax return. Either a math error on this line or the preceding adjustments have impacted the amount. (ORS 305.265)

40. Overpayment of tax. If line 31 is less than line 39, you overpaid. Line 39 minus line 31.        $6,434.00        $288.00

> We made an adjustment on your Oregon personal income tax return. Either a math error on this line or the preceding adjustments have impacted the amount. (ORS 305.265)

[Stamped across page: "Refused For Cause"]

**Appeal to the Oregon Department of Revenue**
If you disagree with this notice, you have the right to appeal. You can either submit a written objection or request a conference.

**Written objection**
A written objection is a written explanation of why you disagree with the adjustments. It needs to include any new information you may have. We'll review your request, try to resolve the matter, and send you a written decision. If you're objecting to an adjustment made by an auditor, that same auditor will review your objection and any new information.

**Conference**
If you request a conference, a conference officer will discuss the matter with you or your representative, usually by telephone. Once a decision has been made, the conference officer will mail you a written decision. If you want the decision sent you by certified mail, make sure to note that in your conference request.

You can submit your written objection or conference request electronically through Revenue Online at www.oregon.gov/dor. You must submit your appeal **within 30 days** of this notice. You'll

August 15, 2023                    Page 4                    Letter ID:    L0139074720

need to sign up for a Revenue Online account. You can use the Letter ID on this notice to validate your account. When you're on your dashboard, choose "Submit an appeal" on the General panel. Your request must include:
- The tax period involved.
- Your daytime phone number.
- An explanation of why you're appealing.

You can also mail it to us. The letter must be postmarked **within 30 days** of this notice. Please write "written objection" or "conference request" at the top of the letter. Your request must include:

- Your full name and the name of your business or trust or estate, if applicable.
- Your Social Security number or account number.
- Your current mailing address.
- The tax period involved.
- Your daytime phone number.
- An explanation of why you're appealing.

Send your appeal to:
Oregon Department of Revenue
PO Box 14725
Salem, OR 97309-5018



If you disagree with our decision on your appeal, you can continue the appeal process. You'll receive new appeal instructions.

### Appeal to the Oregon Tax Court
If you don't file your appeal with us within 30 days, or you want to appeal a written objection or conference decision, you must appeal directly to the Magistrate Division of the Oregon Tax Court.

If you didn't submit a written objection or request a conference, you must file your appeal within 120 days of the date of our original notice informing you of the adjustment to your refund. If you're appealing the decision from your written objection or conference, you must file your appeal within 90 days of the date of the written decision regarding your appeal.

For instructions on filing an appeal, please contact the court.

Oregon Tax Court, Magistrate Division
Online: www.courts.oregon.gov/courts/tax
By mail: 1163 State St, Salem OR 97301


### If you disagree with penalties or interest:
Oregon law requires timely filing of returns and payment of taxes to avoid penalty and interest charges. We rarely waive interest charges, but we may waive penalties.

You can request a waiver electronically through Revenue Online at www.oregon.gov/dor. When you're logged in, click the More Options tab and then choose "Submit penalty waiver" in the Additional Tax Actions section.

| | | | |
|---|---|---|---|
| Check Number: | 103523882 | Letter ID: | L0429825184 |
| Check Date: | Aug 15, 2023 | Refund ID: | R2075566500 |
| Check Amount: | $291.55 | Account ID: | 015103713-28 |

This is your Personal Income Tax refund after adjustments for the period ending December 31, 2022. An explanation of changes made to your refund has been sent separately.

This refund includes $3.55 of interest. ORS 314.415

---

FOLD ON PERFORATION LINE BELOW ☐ BEFORE DETACHING.

**Oregon Department of Revenue**
Salem, OR 97301-2555
503-378-4988

Letter ID Number: L0429825184
Refund ID: R2075566500

**To the State Treasurer**
Salem, OR 97301-3896
PAYABLE THROUGH US BANK

103523882      96-10 / 1232



12/31/2022      08/15/2023
Filing Period End   Check Date

Pay Exactly          *********291 Dollars and 55 Cents          $291.55
                                                                Check Amount

PAY TO THE ORDER OF

ROBERT H ALTHAUSER
25684 SE REBMAN RD
BORING OR  97009-8116

(VOID AFTER 2 YEARS FROM DATE OF ISSUE)

*Betsy A. Imholt*
AUTHORIZED SIGNATURE

*"Refused For Cause"* (handwritten across check)

⑈103523882⑈ ⑆123200101⑆         1500⑈